# United States Bankruptcy Court
## Southern District of Ohio

In re  **Exceptional Innovation, Inc.**  
Debtor(s)

Case No.  
Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Board of Directors of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **February 12, 2019**

**/s/ John J. Brannelly**  
**John J. Brannelly**/**Board of Directors**  
Signer/Title