Form a0trjud
(Rev. 7/16)

### United States Bankruptcy Court
### Southern District of Ohio
### 170 North High Street
### Columbus, OH 43215−2414

In
Re:    Exceptional Innovation, Inc.

　　　　Debtor(s)

SSN/TAX ID:
　　42−1623444

Case No.: 2:19−bk−50766

Chapter:  7

Judge:  John E. Hoffman Jr.

### NOTICE OF REASSIGNMENT OF JUDGE

Pursuant to Local Bankruptcy Rule 1015−2(d)(1), and with the concurrence of the judges, this case is reassigned from the Honorable Charles M. Caldwell to the Honorable John E. Hoffman Jr. for all further proceedings.

Dated: February 13, 2019

Richard B. Jones
Clerk, U.S. Bankruptcy Court