**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Exceptional Innovation, Inc.**<br>First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN   **42–1623444** |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Southern District of Ohio**<br>Case number:   **2:19–bk–50766**   Case Assigned To: **John E. Hoffman Jr.** | | Date case filed for chapter  **7**   **2/12/19** |

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline            12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Exceptional Innovation, Inc. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 480 Olde Worthington Rd., Suite 350<br>Westerville, OH 43082 | |
| 4. | **Debtor's attorney**<br>Name and address | J Matthew Fisher<br>Allen, Kuehnle Stovall & Neuman LLP<br>17 South High Street, Suite 1220<br>Columbus, OH 43215 | Contact phone (614) 221–8500<br>Email:  fisher@aksnlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Christal L Caudill<br>3757 Attucks Drive<br>Powell, OH 43065 | Contact phone 614–389–4940<br>Email:  trusteepleadings@caudill–law.com |

**For more information, see page 2 >**

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**            page **1**

Debtor **Exceptional Innovation, Inc.** Case number **2:19–bk–50766**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 170 North High Street<br>Columbus, OH 43215–2414 | Hours open 9:00 am – 4:00 pm Monday through Friday<br><br>Contact phone (614)469–6638<br><br>Date: 2/13/19 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 21, 2019 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. **No unauthorized cellular phones, cameras, recording devices, weapons, pagers or other portable electronic devices are permitted on the court's premises.** | Location:<br><br>**170 North High Street, Suite 100, Columbus, OH 43215** |
| **8. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **9. Proof of Claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **10. Abandonment** | Pursuant to L.B.R. 6007–1, the trustee may abandon property listed on the debtor's schedules upon the request of any party in interest or upon the trustee's determination that there is no equity in the property for the benefit of unsecured creditors and that the property is burdensome. Further notice to creditors and other parties in interest is not required for the abandonment of any property unless a party in interest, before the conclusion of the § 341 meeting, files a request for further notice of abandonment with service of such notice on the trustee, or unless further notice is ordered by the court or requested by the trustee. | |

**If you would like to receive all future notices from the Bankruptcy Court electronically (email), you may register for the courts free Electronic Bankruptcy Noticing (EBN) service. EBN is reliable, fast, and efficient. Additional details and registration are available at: https://bankruptcynotices.uscourts.gov**

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **2**

United States Bankruptcy Court
Southern District of Ohio

In re:                                                                 Case No. 19-50766-jeh
Exceptional Innovation, Inc.                                           Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0648-2           User: poseyd              Page 1 of 2              Date Rcvd: Feb 13, 2019
                               Form ID: 309C             Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2019.
db            +Exceptional Innovation, Inc.,   480 Olde Worthington Rd., Suite 350,
                Westerville, OH 43082-7067
19686476       ARINC DIRECT,   2551 Riva Road M/S 6-2566,   Annapolis, MD 21401-7465
19686475      +Andres Umana,   9140 Burnet Ave., #3,   North Hills, CA 91343-2341
19686477      +Billings & Associates, LLC,   P.O. Box 1557,   Westerville, OH 43086-1557
19686478      +Blueport, Inc.,   2 Annette Road,   Foxboro, MA 02035-1367
19686479       CAE SimuFlite Inc,   2929 West Airfield Drive,   DFW Airport,   Dallas, TX 75261-4508
19686480      +CHEFFY PASSIDOMO,   821 Fifth Ave. South,   Naples, FL 34102-6621
19686481      +CMC Industrial I, LLC,   P.O. Box 72306,   Cleveland, OH 44192-0002
19686482       CSC,   251 Little Falls Drive,   Wilmington, DE 19808-1674
19686483       CT Corporation,   3 University Plaza Drive Suite 506,   Hackensack, NJ 07601
19686487      +DLA Piper LLP,   P.o. Box 75190,   Baltimore, MD 21275-5190
19686484       Daniel Wolf,   2235 Old East Pine Trail,   Midland, MI 48642
19686486      +Deutsche Bank Trust Company Americas,   60 Wall Stret, 16th Floor,   New York, NY 10005-2865
19686488      +Flyingviolin, Inc,   1750 Manhattan Ave.,   Hermosa Beach, CA 90254-3455
19686489      +GANFER SHORE LEEDS & ZAUDERER LLP,   360 Lexington Avenue,   New York, NY 10017-6502
19686491      +JC & COMPANY,   125 West Mulberry Street,   Lancaster, OH 43130-3014
19686494      +MERRY KNOWLTON,   1309 Azalea Drive,   Reynoldsburg, OH 43068-1296
19686493       MedAire,   4722 N 24th St. Ste. 450,   Phoenix, AZ 85016-4854
19686495      +Odyssey Electronics, LLC,   5167 wagon Wheel lane,   Columbus, OH 43230-1599
19686496      +Ohio Atty General, Collec. Enforcement,   Attn: Bankruptcy Unit,
                150 East Gay Street, 21st Floor,   Columbus, OH 43215-3191
19686497      +Ohio Bureau of Workers' Compensation,   Attn. Law Section Bankruptcy Unit,   P.O. Box 15667,
                Columbus, OH 43215-0667
19686498      +Ohio Department of Job & Family Services,   Office of Legal Services,
                30 E. Broad Street, 31st Floor,   Columbus, OH 43215-3414
19686501      +Preston Williamson,   2808 Jason Ct.,   Thousand Oaks, CA 91362-4680
19686505      +ROCKWELL COLLINS,   400 Collins Road,   Cedar Rapids, IA 52498-0505
19686502      +Ralph Salisbury,   3886 Aztec Ct.,   Simi Valley, CA 93063-2821
19686503       Rober Freeman,   4130 E. 5th Ave.,   Midlothian, VA 23113
19686504      +Robert Greene,   10750 Wilshire Blvd., Suite 406,   Los Angeles, CA 90024-4488
19686507      +SM Aviation Leasing LLC,   480 Olde Worthington Road, Suite 350,   Columbus, OH 43082-7067
19686508      +ST INVESTMENT PROPERTIES,   480 Olde Worthington Road, Suite 350,   Columbus, OH 43082-7067
19686506     #+Signature Flight Support Corp,   201 South Orange Avenue, Suite 1100,   Orlando, FL 32801-3464
19686509      +Terry Casto,   411 Walnut St., #2606,   Green Cove Springs, FL 32043-3443
19686510      +Teterboro Airport,   111 Industrial Ave,   Teterboro,, NJ 07608-1050
19686511      +The Behal Law Group LLC,   501 South High street,   Columbus, OH 43215-5601
19686512       The Immaculate Touch,   365 Boston Post Road, #360,   Columbus, OH 43219
19686513      +Tonkon Torp LLP,   888 SW Fifth Ave., Suite 1600,   Portland, OR 97204-2099
19686514      +Treasurer State of Ohio,   c/o Seif & McNamee,   110 E. Emmitt Avenue,   Waverly, OH 45690-1334

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: fisher@aksnlaw.com Feb 13 2019 19:55:01     J Matthew Fisher,
                Allen, Kuehnle Stovall & Neuman LLP,   17 South High Street, Suite 1220,   Columbus, OH  43215
tr            +EDI: QCLCAUDILL.COM Feb 14 2019 00:38:00      Christal L Caudill,   3757 Attucks Drive,
                Powell, OH 43065-6080
ust           +E-mail/Text: ustpregion09.cb.ecf@usdoj.gov Feb 13 2019 19:56:18     Asst US Trustee (Col),
                Office of the US Trustee,   170 North High Street,   Suite 200,   Columbus, OH 43215-2417
19686485       EDI: RCSDELL.COM Feb 14 2019 00:38:00      Dell Financial Services,   PO Box 5292,
                Carol Stream, IL 60197-5292
19686490       EDI: IRS.COM Feb 14 2019 00:38:00      Internal Revenue Service,   PO Box 7346,
                Philadelphia, PA 19101-7346
19686492      +E-mail/Text: accounts.receivable@jeppesen.com Feb 13 2019 19:57:38     JEPPESEN SANDERSON,
                55 Inverness Drive East,   Englewood, CO 80112-5412
19686499       E-mail/Text: Bankruptcy.notices@tax.state.oh.us Feb 13 2019 19:58:05
                Ohio Department of Taxation,   Attn: Bankruptcy Division,   PO Box 530,
                Columbus, OH 43216-0530
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19686500       Potential Employee Claims,   to be supplemented; privacy concerns)
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0648-2          User: poseyd              Page 2 of 2              Date Rcvd: Feb 13, 2019
                              Form ID: 309C             Total Noticed: 43
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2019 at the address(es) listed below:
              Asst US Trustee (Col)    ustpregion09.cb.ecf@usdoj.gov
              Christal L Caudill    trusteepleadings@caudill-law.com, ccaudill@ecf.epiqsystems.com
              J Matthew Fisher    on behalf of Debtor    Exceptional Innovation, Inc. fisher@aksnlaw.com,
               doan@aksnlaw.com
                                                                                             TOTAL: 3
```