Form a0trjud
(Rev. 7/16)

**United States Bankruptcy Court**
**Southern District of Ohio**
**170 North High Street**
**Columbus, OH 43215−2414**

| | |
|---|---|
| In Re: Exceptional Innovation, Inc. | Case No.: 2:19−bk−50766 |
| Debtor(s) | Chapter: 7 |
| SSN/TAX ID: 42−1623444 | Judge: John E. Hoffman Jr. |

# NOTICE OF REASSIGNMENT OF JUDGE

Pursuant to Local Bankruptcy Rule 1015−2(d)(1), and with the concurrence of the judges, this case is reassigned from the Honorable Charles M. Caldwell to the Honorable John E. Hoffman Jr. for all further proceedings.

Dated: February 13, 2019

Richard B. Jones
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
Southern District of Ohio

In re:  
Exceptional Innovation, Inc.  
    Debtor

Case No. 19-50766-jeh  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0648-2     User: poseyd     Page 1 of 1     Date Rcvd: Feb 13, 2019  
Form ID: a0trjud     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2019.  
db     +Exceptional Innovation, Inc.,  480 Olde Worthington Rd., Suite 350, Westerville, OH 43082-7067

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2019                                Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2019 at the address(es) listed below:  
    Asst US Trustee (Col)   ustpregion09.cb.ecf@usdoj.gov  
    Christal L Caudill    trusteepleadings@caudill-law.com, ccaudill@ecf.epiqsystems.com  
    J Matthew Fisher   on behalf of Debtor   Exceptional Innovation, Inc. fisher@aksnlaw.com, doan@aksnlaw.com  
    TOTAL: 3