IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO (COLUMBUS)

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-BK-50766 |
| | ) | |
| EXCEPTIONAL INNOVATION, INC. | ) | CHAPTER 7 |
| | ) | |
| DEBTOR. | ) | JUDGE JOHN E. HOFFMAN JR. |

___

NOTICE OF APPEARANCE
AND REQUEST FOR NOTICE
___

     Michael R. Stavnicky and the law firm of Singerman Mills Desberg & Kauntz Co., L.P.A. hereby file their notice of appearance and request for notice on behalf of creditor CMC INDUSTRIAL 1, LLC. Hereafter, please direct all notices, filings, correspondence or other information concerning this action to the person listed below.

                        Respectfully submitted,

                        /s/ Michael R. Stavnicky
                        Michael R. Stavnicky
                        (Reg No. 0063726)
                        Singerman, Mills, Desberg & Kauntz Co., L.P.A.
                        3333 Richmond Road, Suite 370
                        Beachwood, Ohio 44122
                        (216) 292-5807
                        mstavnicky@smdklaw.com
                        Attorney for CMC Industrial 1, LLC

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d) and 5(e), I hereby certify that on this 19th day of February 2019, a copy of the foregoing was delivered by electronic mail via this Court's Electronic Filing System to all parties.

/s/ Michael R. Stavnicky