# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Exceptional Innovation, Inc. | : | Case No.: 19-50766 |
| | : | Chapter: 7 |
| Debtor. | : | Judge: John E. Hoffman, Jr. |
| | : | |

## NOTICE OF APPERANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that Larry J. McClatchey of the law firm Kegler, Brown, Hill + Ritter hereby gives notice of his appearance as counsel for interested party SQN Capital Management, LLC, and, pursuant to Rules 2002, 6007, and 9007 of the Bankruptcy Rules, demands that all Notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned counsel.

/s/Larry J. McClatchey
Larry J. McClatchey
Kegler, Brown, Hill + Ritter
65 East State Street, Suite 1800
Columbus, Ohio 43215
Telephone: (614)462-5400
Facsimile:  (614)464-2634
lmcclatchey@keglerbrown.com
*Attorney for SQN Capital Management, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 21, 2019 a copy of the foregoing *Notice of Appearance and Request for Service* was served electronically through the Court's ECF System on all ECF participants registered in this case at the email dress registered with the court and by ordinary US Mail addressed to:

Michael R. Stavnicky
Singerman, Mills, Desberg & Kauntz Co. L.P.A.
3333 Richmond Road, Suite 370
Beachwood, Ohio 44122

J. Matthew Fisher
Allen, Kuehnle Stovall & Neuman, LLP
17 South High Stret, Suite 1220
Columbus, Ohio 43215

Christal L. Caudill
3757 Attucks Drive
Powell, Ohio 43065

                                                  /s/Larry J. McClatchey
                                                  Larry J. McClatchey   (0012191)