**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No.  19-50766 |
| | : | |
| Exceptional Innovation, Inc. | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge John E. Hoffman Jr. |

**APPLICATION OF TRUSTEE FOR THE APPOINTMENT OF**
**CHRISTAL L. CAUDILL AND CAUDILL LAW GROUP,**
**AS ATTORNEYS FOR THE TRUSTEE**

Now comes Christal L. Caudill, Trustee, who respectfully represents as follows:

1.  Christal L. Caudill is the duly appointed, qualified, and acting Trustee of the estate of the above-named Debtor.

2.  It is necessary that the Trustee employ an attorney in connection with the administration of this estate because the Debtor is a business that may have several assets the Trustee can liquidate. In the performance of her duties the Trustee and/or the attorney for the Trustee may find it necessary to participate in certain hearings and examination of the Debtor or others, to dispose of various assets of the estate, to collect by legal proceedings, if necessary, all amount owed to the estate, to properly transfer the title to any assets sold, and to pursue any and all other matters which may become known to the Trustee and/or the attorney for the Trustee in the future.

3. The Trustee respectfully requests authority to employ the attorneys of Caudill Law Group who are all duly admitted to practice in this Court and in the courts of the State of Ohio to represent the Trustee in all matters pertaining to the administration of the estate.

4. Christal L. Caudill of Caudill Law Group, and the members of such firm, are disinterested persons and neither hold nor represent any interest adverse to the estate, nor do they have any connection with the Debtor, the creditors, or any other party in interest, their respective attorneys and accountants, a judge of the Bankruptcy Court or the District Court for the Southern District of Ohio, the United States Trustee or any person employed in the Office of the United States Trustee.

5. It will be economical and consonant with the purposes and policies of the Bankruptcy Code that your Trustee be authorized to retain Christal L. Caudill of Caudill Law Group, and the members of such firm, as attorneys, to perform the professional services described above, and that such appointment will be in the best interest of the estate and its creditors.

6. No fees or retainer have been paid to Caudill Law Group in relation to this bankruptcy proceeding within one (1) year prior to filing the petition through the time of this application.

7. The customary and proposed hourly rates of compensation of the individual attorneys of Caudill Law Group are as follows:

| | |
|---|---|
| Christal L. Caudill | $275.00/hour |
| Kathy Granger/Of Counsel | $190.00/hour |

8. WHEREFORE, Christal L. Caudill prays for an Order appointing Christal L. Caudill and Caudill Law Group as attorneys for the Trustee.

Respectfully submitted,
/s/ Christal L. Caudill
Christal L. Caudill, Trustee
3757 Attucks Drive
Powell, Ohio 43065
(614) 389-4942 (Telephone)
(614) 389-3857 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached Application to Employ Counsel was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. Mail**, postage prepaid on  **March 5, 2019** addressed to:

Exceptional Innovation Inc.
480 Olde Worthington Road
Suite 350
Westerville OH 43082

/s/ Christal L. Caudill
Christal L. Caudill, Trustee