**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: March 6, 2019**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re** | : | **Case No. 19-50766** |
| | : | |
| **Exceptional Innovation, Inc.** | : | **Chapter 7** |
| | : | |
| Debtor. | : | **Judge John E. Hoffman Jr.** |

**ORDER GRANTING MOTION OF DEBTOR EXCEPTIONAL INNOVATION, INC. FOR EXTENSION OF TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES, REMAINING SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, AND RELATED STATEMENTS**
**[RELATED DOC. NO. 13]**

This matter is before the Court upon the motion ("Motion") of debtor Exceptional Innovation, Inc., (the "Debtor"), pursuant to Bankruptcy Rule 1007(c) for an Order extending through March 12, 2019, the time by which Debtor must file its Schedules and Statements[1], as required by Bankruptcy Rule 1007; whereupon after notice, the Court finds that the relief requested in such Motion is well taken and should be granted.

---

[1] Capitalized terms not otherwise defined herein shall have the same meaning as ascribed to them in the Motion.

NOW, THEREFORE, IT IS ORDERED that the time within which Debtor shall file its Schedules and Statements as required by Bankruptcy Rule 1007(b)(1), is hereby extended through March 12, 2019.

IT IS SO ORDERED.


SUBMITTED BY:

/s/J. Matthew Fisher
J. Matthew Fisher          (0067192)
Allen Stovall Neuman Fisher & Ashton LLP
17 South High Street, Suite 1220
Columbus, OH  43215
(614) 221-8500; Facsimile: (614) 221-5988
E-mail:      fisher@asnfa.com
*Counsel for Debtor Exceptional Innovation, Inc.*

Copies to:    Default List


###