**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Exceptional Innovation, Inc., | ) | Case No. 19-50766 |
| | ) | |
| Debtor. | ) | Judge John E. Hoffman, Jr. |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Alexis C. Beachdell represents Guest Tek Interactive Entertainment Ltd., a creditor and party in interest in the above case. The undersigned hereby enters his appearance pursuant to Section 1109 (b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010 (b) and request copies of all notices and pleading's pursuant to Federal Rules of Bankruptcy Procedure 2002 (a). All such notices should be addressed as follows:

Alexis C. Beachdell
Baker & Hostetler, LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, Ohio 44114-1214
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
Email: abeachdell@bakerlaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and proceedings therein.

Respectfully submitted,

*/s/ Alexis C. Beachdell*
Alexis C. Beachdell (0083642)
Baker & Hostetler LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, Ohio 44114-1214
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
Email: abeachdell@bakerlaw.com

*Counsel for Guest Tek Interactive Entertainment Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2019, a true and correct copy of the foregoing *Notice of Appearance and Request for Notices* was served on the following registered ECF participants electronically through the court's ECF System at the email addresses registered with the Court:

Asst US Trustee (Col)    ustpregion09.cb.ecf@usdoj.gov

Christal Caudill    clcaudill@caudill-law.com

Christal L Caudill    trusteepleadings@caudill-law.com, ccaudill@ecf.epiqsystems.com

J Matthew Fisher    fisher@aksnlaw.com, doan@aksnlaw.com

Jonathan S Hawkins    jonathan.hawkins@thompsonhine.com, mary.hicks@thompsonhine.com;ECFDocket@thompsonhine.com

Larry J. McClatchey    lmcclatchey@keglerbrown.com, hmckinley@keglerbrown.com

Michael R Stavnicky    mstavnicky@smdklaw.com

*/s/ Alexis C. Beachdell*
Alexis C. Beachdell

*Counsel for Guest Tek Interactive Entertainment Ltd.*