**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: March 5, 2019**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 19-50766 |
| | : | |
| Exceptional Innovation, Inc. | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge John E. Hoffman Jr. |

### ORDER AUTHORIZING TRUSTEE TO EMPLOY COUNSEL
### (REL DOC NO 14)

This matter is before the Court upon the Application of Christal L. Caudill, Trustee, for authority to employ counsel.

**WHEREUPON**, upon consideration of said Application, the Court, finds that it will be in the best interest of the within estate that the Trustee have competent legal counsel to advise and assist her in the administration of this estate, that it is in the best interest of the estate that the Trustee be authorized to retain Christal L. Caudill and

Caudill Law Group, as attorneys for the estate, and that Christal L. Caudill and the other attorneys of Caudill Law Group are qualified to act as such attorneys under 11 U.S.C. § 327.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that Christal L. Caudill and Caudill Law Group be, and it hereby is, appointed as attorney for the Trustee for the within estate to represent the Trustee generally; that said appointment shall be effective as of the date of the filing of the Application to Employ Counsel; and that the compensation of Christal L. Caudill and Caudill Law Group as such attorneys shall be fixed and paid as an expense of administration of the estate.

**IT IS SO ORDERED.**

Copies to:  Default List

United States Bankruptcy Court
Southern District of Ohio

In re:  
Exceptional Innovation, Inc.  
      Debtor

Case No. 19-50766-jeh  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0648-2     User: rosanop     Page 1 of 1     Date Rcvd: Mar 06, 2019  
                         Form ID: pdf01     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2019.  
db           +Exceptional Innovation, Inc.,    480 Olde Worthington Rd., Suite 350, Westerville, OH 43082-7067

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2019 at the address(es) listed below:
           Asst US Trustee (Col)    ustpregion09.cb.ecf@usdoj.gov  
           Christal   Caudill    on behalf of Trustee Christal L Caudill clcaudill@caudill-law.com  
           Christal L Caudill    trusteepleadings@caudill-law.com,   ccaudill@ecf.epiqsystems.com  
           J Matthew Fisher    on behalf of Debtor    Exceptional Innovation, Inc. fisher@aksnlaw.com, doan@aksnlaw.com  
           Jonathan S Hawkins    on behalf of Interested Party    Deutsche Bank Trust Company Americas jonathan.hawkins@thompsonhine.com,   mary.hicks@thompsonhine.com;ECFDocket@thompsonhine.com  
           Larry J. McClatchey    on behalf of Creditor    SQN Capital Management, LLC lmcclatchey@keglerbrown.com,   hmckinley@keglerbrown.com  
           Michael R Stavnicky    on behalf of Creditor    CMC Industrial 1, LLC mstavnicky@smdklaw.com  
                                                                                                                                  TOTAL: 7