# United States Bankruptcy Court
## Southern District of Ohio

In re  **Exceptional Innovation, Inc.**  
Debtor(s)

Case No. **2:19-bk-50766**  
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the Former Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **March 14, 2019**

**/s/ John J. Brannelly**  
**John J. Brannelly**/**Former Director**  
Signer/Title

```
Aaron Cole
2323 Park Ave
Cincinnati, OH 45206

American Express Travel Related Services
200 Vesey St.
New York, NY 10285

Brown George Ross LLP
2121 Avenue of the Stars, 28th  Floor
Los Angeles, CA 90067

Cameron Mokas
c/o Gregory R. Mansell
1457 S. High St
Columbus, OH 43207

Carl Zapffee, Esq
Zwicker & Associates, P.C.
100 Corporate Woods, Suite 230
Rochester, NY 14623

Christopher McVay
c/o Gregory R. Mansell
1457 S. High St
Columbus, OH 43207

David Miller
c/o Gregory R. Mansell
1457 S. High St
Columbus, OH 43207

Eric Wilder
c/o Gregory R. Mansell
1457 S. High St
Columbus, OH 43207

Euler Hermes North America Ins. Co.
800 Red Brook Blvd.
Owings Mills, MD 21117

Howard Watts
c/o Gregory R. Mansell
1457 S. High St
Columbus, OH 43207

James M. Williams
158 N. Broadway
New Philadelphia, OH 44663

Jamie Forsythe
c/o Gregory R. Mansell
1457 S. High St
Columbus, OH 43207
```

Joseph Kobalka
c/o Gregory R. Mansell
1457 S. High St
Columbus, OH 43207

Kenny NG
c/o Gregory R. Mansell
1457 S. High St
Columbus, OH 43207

Matt Stephey
c/o Gregory R. Mansell
1457 S. High St
Columbus, OH 43207

Metropolis IP Inc.
325 3 St. SE, Unit 1209
Calgary, AB T2G 0T9
CANADA

Michael Hill
c/o Gregory R. Mansell
1457 S. High St
Columbus, OH 43207

Michael Schertzer
c/o Gregory R. Mansell
1457 S. High St
Columbus, OH 43207

Neil Sander
2 Miranova Place, Suite 700
Columbus, OH 43215

Nicholas Dalton
c/o Gregory R. Mansell
1457 S. High St
Columbus, OH 43207

Nora Merhar
c/o Gregory R. Mansell
1457 S. High St
Columbus, OH 43207

Perez & Morris LLC
800 Ravine's Edge Court, Suite 300
Columbus, OH 43235

Richard Conley
c/o Gregory R. Mansell
1457 S. High St
Columbus, OH 43207

```
Robert Half International
12400 Collection Cir. Dr.
Chicago, IL 60693

Ryan Carr
c/o Gregory R. Mansell
1457 S. High St
Columbus, OH 43207

ScanSource Inc.
6 Logue Ct.
Greenville, SC 29615

Sharon Miller
c/o Gregory R. Mansell
1457 S. High St
Columbus, OH 43207

Steve Campbell
c/o Gregory R. Mansell
1457 S. High St
Columbus, OH 43207

Tammy Tull Oakley
c/o Gregory R. Mansell
1457 S. High St
Columbus, OH 43207

TEKsystems, Inc.
5115 Parkcenter Ave
Dublin, OH 43017

Terrance Malone
c/o Gregory R. Mansell
1457 S. High St
Columbus, OH 43207

Terry Keith
c/o Gregory R. Mansell
1457 S. High St
Columbus, OH 43207

Thomas Leone
c/o Gregory R. Mansell
1457 S. High St
Columbus, OH 43207

Walter & Haverfield PLL
c/o Allison E. Cole
50 Public Square, 1300 Terminal Tower
Cleveland, OH 44113-2253
```