# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **In re** | : | **Case No. 19-50766** |
| | : | |
| **Exceptional Innovation, Inc.** | : | **Chapter 7** |
| | : | |
| Debtor. | : | **Judge John E. Hoffman Jr.** |

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the *Notice of Chapter 7 Bankruptcy Case—No Proof of Claim Deadline* [Doc. 5], a copy of which is attached hereto, was served by ordinary U.S. mail, on March 14, 2019 addressed to those parties listed on the attached Service List.

    Respectfully submitted,

    /s/ J. Matthew Fisher
J. Matthew Fisher    (0067192)
Allen Stovall Neuman Fisher & Ashton LLP
17 South High Street, Suite 1220
Columbus, OH 43215
Telephone (614) 221-8500
Facsimile (614) 221-5988
fisher@asnfa.com
*Attorneys for Debtor*

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Exceptional Innovation, Inc.** | Social Security number or ITIN | _ _ _ _ |
| | First Name    Middle Name    Last Name | EIN | **42–1623444** |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Southern District of Ohio** | Date case filed for chapter **7** | **2/12/19** |
| Case number: **2:19–bk–50766** | Case Assigned To: **John E. Hoffman Jr.** | | |

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     12/15

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Exceptional Innovation, Inc. | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 480 Olde Worthington Rd., Suite 350<br>Westerville, OH 43082 | | |
| 4. | **Debtor's attorney**<br>Name and address | J Matthew Fisher<br>Allen, Kuehnle Stovall & Neuman LLP<br>17 South High Street, Suite 1220<br>Columbus, OH 43215 | | Contact phone (614) 221–8500<br><br>Email: fisher@aksnlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Christal L Caudill<br>3757 Attucks Drive<br>Powell, OH 43065 | | Contact phone 614–389–4940<br><br>Email: trusteepleadings@caudill–law.com |

**For more information, see page 2 >**

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **1**

Debtor **Exceptional Innovation, Inc.**                                                                                                                   Case number **2:19-bk-50766**

| 6. Bankruptcy clerk's office  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 170 North High Street  Columbus, OH 43215-2414 | Hours open 9:00 am – 4:00 pm  Monday through Friday  Contact phone (614)469-6638  Date: 2/13/19 |
|---|---|---|
| 7. **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 21, 2019 at 09:30 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. **No unauthorized cellular phones, cameras, recording devices, weapons, pagers or other portable electronic devices are permitted on the court's premises.** | Location:  **170 North High Street, Suite 100, Columbus, OH 43215** |
| 8. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 9. **Proof of Claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 10. **Abandonment** | Pursuant to L.B.R. 6007-1, the trustee may abandon property listed on the debtor's schedules upon the request of any party in interest or upon the trustee's determination that there is no equity in the property for the benefit of unsecured creditors and that the property is burdensome. Further notice to creditors and other parties in interest is not required for the abandonment of any property unless a party in interest, before the conclusion of the § 341 meeting, files a request for further notice of abandonment with service of such notice on the trustee, or unless further notice is ordered by the court or requested by the trustee. | |

**If you would like to receive all future notices from the Bankruptcy Court electronically (email), you may register for the courts free Electronic Bankruptcy Noticing (EBN) service. EBN is reliable, fast, and efficient. Additional details and registration are available at: https://bankruptcynotices.uscourts.gov**

Steve Campbell  
c/o Gregory R. Mansell  
1457 S. High St  
Columbus, OH 43207

Ryan Carr  
c/o Gregory R. Mansell  
1457 S. High St  
Columbus, OH 43207

Richard Conley  
c/o Gregory R. Mansell  
1457 S. High St  
Columbus, OH 43207

Nicholas Dalton  
c/o Gregory R. Mansell  
1457 S. High St  
Columbus, OH 43207

Jamie Forsythe  
c/o Gregory R. Mansell  
1457 S. High St  
Columbus, OH 43207

Michael Hill  
c/o Gregory R. Mansell  
1457 S. High St  
Columbus, OH 43207

Terry Keith  
c/o Gregory R. Mansell  
1457 S. High St  
Columbus, OH 43207

Joseph Kobalka  
c/o Gregory R. Mansell  
1457 S. High St  
Columbus, OH 43207

Terrance Malone  
c/o Gregory R. Mansell  
1457 S. High St  
Columbus, OH 43207

Nora Merhar  
c/o Gregory R. Mansell  
1457 S. High St  
Columbus, OH 43207

David Miller  
c/o Gregory R. Mansell  
1457 S. High St  
Columbus, OH 43207

Sharon Miller  
c/o Gregory R. Mansell  
1457 S. High St  
Columbus, OH 43207

Cameron Mokas  
c/o Gregory R. Mansell  
1457 S. High St  
Columbus, OH 43207

Michael Schertzer  
c/o Gregory R. Mansell  
1457 S. High St  
Columbus, OH 43207

Matt Stephey  
c/o Gregory R. Mansell  
1457 S. High St  
Columbus, OH 43207

Tammy Tull Oakley  
c/o Gregory R. Mansell  
1457 S. High St  
Columbus, OH 43207

Howard Watts  
c/o Gregory R. Mansell  
1457 S. High St  
Columbus, OH 43207

Eric Wilder  
c/o Gregory R. Mansell  
1457 S. High St  
Columbus, OH 43207

Thomas Leone  
c/o Gregory R. Mansell  
1457 S. High St  
Columbus, OH 43207

Christopher McVay  
c/o Gregory R. Mansell  
1457 S. High St  
Columbus, OH 43207

Kenny NG  
c/o Gregory R. Mansell  
1457 S. High St  
Columbus, OH 43207

Brown George Ross LLP  
2121 Avenue of the Stars, 28th Floor  
Los Angeles, CA 90067

Robert Half International  
12400 Collection Cir. Dr.  
Chicago, IL 60693

American Express Travel Related Services  
200 Vesey St.  
New York, NY 10285

Euler Hermes North America Ins. Co.  
800 Red Brook Blvd.  
Owings Mills, MD 21117

TekSystems, Inc.  
5115 Parkcenter Ave.  
Dublin, OH 43017

ScanSource, Inc.  
6 Logue Ct.  
Greenville, SC 29615

Metropolis IP Inc.  
325 St. SE, Unit 1209  
Calgary, AB, T2G 0T9 Canada

Perez & Morris LLC  
800 Ravine's Edge Court, Suite 300  
Columbus, OH 43235

Aaron Cole  
2323 Park Ave.  
Cincinnati, OH  45206

Carl Zapffee, Esq.
Zwicker & Associates, P.C.
100 Corporate Woods, Suite 230
Rochester, NY  14623

James M. Williams
158 N. Broadway
New Philadelphia, OH  44663

Neil Sander
2 Miranova Place, Suite 700
Columbus, OH  43215

Walter & Haverfield PLL
c/o Allison E. Cole
50 Public Square, 1300 Terminal Tower
Cleveland, OH  44113-2253