Form a0nproc5
(Rev. 07/12)

# United States Bankruptcy Court
## Southern District of Ohio
### 170 North High Street
### Columbus, OH 43215−2414

| | |
|---|---|
| In Re: Exceptional Innovation, Inc.<br>Debtor(s)<br>SSN/TAX ID:<br>42−1623444 | Case No.: 2:19−bk−50766<br>Chapter: 7<br>Judge: John E. Hoffman Jr. |

## Notice of Failure to Comply With ECF Procedure 5 And
## Order Preserving Initial Filing Date Upon Timely Compliance

The following document(s) has(have) been scanned and therefore transmitted without complying with ECF Procedure 5, which requires all transmitted documents to contain Electronically Generated Text (ECF Procedure 5(a),(b)), with certain exceptions not applicable (ECF Procedure 5(c));

**[25] Trustee's Abandonment of all Business Assets Filed by Interested Party Deutsche Bank Trust Company Americas.**

For the document(s) to be effectively filed, the document(s) must be re−transmitted as Electronically Generated Text in compliance with ECF Procedure 5 not later than FOURTEEN (14) days from the date of this order. If the word "Substitute" is included in the title of the re−transmitted document(s), and the document is re−transmitted using the **"Substitute PDF"** docketing event, the date of the original transmission shall be deemed the filing date of the substitute document(s).

**IT IS SO ORDERED.**

Dated: April 10, 2019

**/s/ BY THE COURT**