Form a0nproc5
(Rev. 07/12)

# United States Bankruptcy Court
## Southern District of Ohio
## 170 North High Street
## Columbus, OH 43215−2414

| | |
|---|---|
| In Re: Exceptional Innovation, Inc. | Case No.: 2:19−bk−50766 |
| Debtor(s) | Chapter: 7 |
| SSN/TAX ID: 42−1623444 | Judge: John E. Hoffman Jr. |

## Notice of Failure to Comply With ECF Procedure 5 And
## Order Preserving Initial Filing Date Upon Timely Compliance

The following document(s) has(have) been scanned and therefore transmitted without complying with ECF Procedure 5, which requires all transmitted documents to contain Electronically Generated Text (ECF Procedure 5(a),(b)), with certain exceptions not applicable (ECF Procedure 5(c));

**[25] Trustee's Abandonment of all Business Assets Filed by Interested Party Deutsche Bank Trust Company Americas.**

For the document(s) to be effectively filed, the document(s) must be re−transmitted as Electronically Generated Text in compliance with ECF Procedure 5 not later than FOURTEEN (14) days from the date of this order. If the word "Substitute" is included in the title of the re−transmitted document(s), and the document is re−transmitted using the **"Substitute PDF"** docketing event, the date of the original transmission shall be deemed the filing date of the substitute document(s).

**IT IS SO ORDERED.**

Dated: April 10, 2019

**/s/ BY THE COURT**

United States Bankruptcy Court
Southern District of Ohio

In re:  
Exceptional Innovation, Inc.  
    Debtor

Case No. 19-50766-jeh  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0648-2     User: rosanop     Page 1 of 1     Date Rcvd: Apr 10, 2019  
                        Form ID: a0nproc5     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2019.  
db          +Exceptional Innovation, Inc.,   480 Olde Worthington Rd., Suite 350, Westerville, OH 43082-7067

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2019 at the address(es) listed below:

        Alexis C Beachdell    on behalf of Creditor    Guest Tek Interactive Entertainment Ltd.    abeachdell@bakerlaw.com  
        Asst US Trustee (Col)    ustpregion09.cb.ecf@usdoj.gov  
        Christal  Caudill    on behalf of Trustee Christal L Caudill clcaudill@caudill-law.com  
        Christal L Caudill    trusteepleadings@caudill-law.com, ccaudill@ecf.axosfs.com  
        J Matthew Fisher    on behalf of Debtor    Exceptional Innovation, Inc. fisher@aksnlaw.com, doan@aksnlaw.com  
        Jonathan S Hawkins    on behalf of Interested Party    Deutsche Bank Trust Company Americas jonathan.hawkins@thompsonhine.com, mary.hicks@thompsonhine.com;ECFDocket@thompsonhine.com  
        Larry J. McClatchey    on behalf of Creditor    SQN Capital Management, LLC lmcclatchey@keglerbrown.com, hmckinley@keglerbrown.com  
        Michael R Stavnicky    on behalf of Creditor    CMC Industrial 1, LLC mstavnicky@smdklaw.com  
                                                                                                                       TOTAL: 8