# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In re: : | |
| : | |
| **Exceptional Innovation, Inc.** : | Case No.: **19-50766** |
| : | Chapter: 7 |
| Debtor. : | Judge: John E. Hoffman, Jr. |
| : | |

## TRUSTEE'S AMENDED[1] ABANDONMENT
## OF ALL BUSINESS ASSETS

Deutsche Bank Trust Company Americas, as Security Agent ("DBTCA"), pursuant to that certain Facility Agreement dated June 30, 2015, has requested abandonment of all business assets of Exceptional Innovation, Inc. ("Debtor").  Christal Caudill, Trustee,  pursuant to Bankruptcy Rule 6007 and Local Bankruptcy Rule 6007-1(b) hereby gives notice of abandonment of all of the business assets now owned by Debtor, including, but not limited to, all assets described in the attached Appendix ("Collateral").

After investigation, the Trustee has concluded that the Collateral is over burdened with liens in favor of DBTCA to secure an indebtedness in excess of U.S. $12,000,000.00. Moreover, the Collateral is burdensome because of the cost to the estate of maintenance, insurance and storage of the Collateral.

No party in interest, before the conclusion of the 341 meeting, has filed a request for further notice of abandonment nor has further notice been ordered by the Court.

WHEREFORE, the Trustee abandons the Collateral, effective on the filing hereof.

/s/  Christal Caudill  
Christal Caudill, Trustee  
3757 Attucks Drive  
Powell, Ohio 43065

---

[1] Amended solely to attach Schedules I and II inadvertently omitted.
112408\000001\4812-0549-1350v1

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2019 a copy of the foregoing *Trustee's Amended Abandonment of all Business Assets* was served electronically through the Court's ECF System on all ECF participants registered in this case at the email address registered with the court.

Exceptional Innovation, Inc.
480 Olde Worthington Rd., Suite 350
Westerville, OH 43082

                                         /s/     Christal Caudill
                                         Christal Caudill, Trustee
                                         3757 Attucks Drive
                                         Powell, Ohio 43065
                                         T: 614-389-4942
                                         F: 614-389-3857
                                         clcaudill@caudill-law.com

## **Appendix**

Trustee's Abandonment of Assets of
**Exceptional Innovations, Inc.**
Case No. 19-50766

All of the following property now owned by Exceptional Innovations, Inc., ("Debtor") or in which Debtor now has or at any time in the future may acquire any right, title or interest, including but not limited to the following (collectively "Collateral"):

(a)     all accounts, chattel paper, deposit accounts, documents (as defined in the UCC), equipment (including all located at 480 Old Worthington Rd., Westerville, Ohio 43082 and/or at Metro Data Center, 565 Metro Place South, Dublin, Ohio 43017), general intangibles (including all scheduled and unscheduled executory contracts), instruments, inventory (including all raw materials and finished goods inventory located at 2300 Citygate Dr., Columbus, OH 43219), investment property, letter of credit rights and any supporting obligations related to any of the foregoing;

(b)     all books and records pertaining to the other property described herein as Collateral;

(c)     all property of Debtor in the custody of or in transit to DBTCA ("Secured Party") for any purpose, including safekeeping, collection or pledge, for the account of such Debtor or as to which such Debtor may have any right or power, including but not limited to cash;

(d)     all other goods (including but not limited to fixtures) and (ii) personal property of such Debtor, whether tangible or intangible and wherever located; and

(e)     all of Debtor's patents providing for the grant by or to such Debtor of any right under any patent, including, without limitation those referred to on Schedule I hereto; all reissues, reexaminations, continuations, continuations in part, divisional, renewals and extensions of the foregoing, and all income, royalties, proceeds and liabilities at any time due or payable or asserted under an with respect to any of the foregoing, including, without limitation, all rights to sue and recover at law or in equity for any past, present and future infringement, misappropriation, dilution, violation or other impairment thereof

(f)     all of Debtor's trademarks providing for the grant by or to such Debtor of any right under any trademark, including, without limitation, those referred to on Schedule II hereto; all renewals and extensions of the foregoing; all goodwill of the business connected with the use of, and symbolized by, each such trademark; and all income, royalties, proceeds and liabilities at any time due or payable or asserted under and with respect to any of the foregoing, including, without limitation, all rights to sue and recover at law or in equity for any past, present and future infringement, misappropriation, dilution, violation or other impairment thereof; and

    (g)    all products and proceeds of any or all of the foregoing

# SCHEDULE I

## Patents and Patent Applications

| Jurisdiction | Grantor | Title | Patent No. | Issue Date | Application No. | Application Date |
|---|---|---|---|---|---|---|
| U.S. | Exceptional Innovation, Inc. | Automation control system having a configuration tool | 8,725,845 | 5/13/2014 | 11/686,875 | 3/15/2007 |
| U.S. | Exceptional Innovation, LLC | Customizable remote control device | 8,686,890 | 4/1/2014 | 12/127,550 | 5/27/2008 |
| U.S. | Exceptional Innovation, LLC | Customizable media device | 8,577,484 | 11/5/2013 | 12/153,182 | 5/14/2008 |
| U.S. | Exceptional Innovation, LLC | Touch screen for convergence and automation system | 8,271,881 | 9/18/2012 | 11/738,305 | 4/20/2007 |
| U.S. | Exceptional Innovation, LLC | Internet protocol based media streaming solution | 8,209,398 | 6/26/2012 | 11/686,836 | 3/15/2007 |
| U.S. | Exceptional Innovation, LLC | Network based digital access point device | 8,155,142 | 4/10/2012 | 11/686,826 | 3/15/2007 |
| U.S. | Exceptional Innovation, LLC | User control interface for convergence and automation system | 8,001,219 | 8/16/2011 | 11/686,893 | 3/15/2007 |
| U.S. | Exceptional Innovation, LLC | Automation control system having device scripting | 7,966,083 | 6/21/2011 | 11/686,889 | 3/15/2007 |

| Jurisdiction | Grantor | Title | Patent No. | Issue Date | Application No. | Application Date |
|---|---|---|---|---|---|---|
| U.S. | Exceptional Innovation | Portable device for convergence and automation solution | 7,962,130 | 6/14/2011 | 11,937,889 | 11/9/2007 |
| U.S. | Exceptional Innovation | Air-cooling system configuration for touch screen | 7,667,968 | 2/23/2010 | 11/751,582 | 5/21/2007 |
| U.S. | Exceptional Innovation | Set top box for convergence and automation system | 7,590,703 | 9/15/2009 | 11/727,518 | 3/27/2007 |
| U.S. | Exceptional Innovation, LLC | Device automation using networked device control having a web services for devices stack | 7,587,464 | 9/8/2009 | 11/686,846 | 3/15/2007 |
| U.S. | Exceptional Innovation, LLC | Automation control system having digital logging | 7,496,627 | 2/24/2009 | 11/686,884 | 3/15/2007 |
| U.S. | Exceptional Innovation, LLC | Automation control system having a configuration tool and two-way ethernet communication for web service messaging, discovery, description, and eventing that is controllable with a touch-screen display | 7,509,402 | 3/24/2009 | 11/686,896 | 3/15/2007 |

- 7 -

## SCHEDULE II

Trademarks and Trademark Applications

| Jurisdiction | Grantor | Mark | Registration No. | Registration Date | Serial No. | Application Date |
|---|---|---|---|---|---|---|
| U.S. | Exceptional Innovation LLC | EXCEPTIONAL INNOVATION (Design Plus Words) | 3446891 | 6/10/2008 | 78899601 | 6/2/2006 |
| U.S. | Exceptional Innovation LLC | (Design) | 3446925 | 6/10/2008 | 78909459 | 6/15/2006 |
| U.S. | Exceptional Innovation LLC | X EXCEPTIONAL INNOVATION (Design Plus Words) | 3464371 | 7/8/2008 | 78899646 | 6/2/2006 |

| Jurisdiction | Grantor | Mark | Registration No. | Registration Date | Serial No. | Application Date |
|---|---|---|---|---|---|---|
| U.S. | Exceptional Innovation LLC | EXCEPTIONAL INNOVATION | 3574094 | 2/10/2009 | 78899582 | 6/2/2006 |
| U.S. | Exceptional Innovation LLC | X (Design Plus Words) | 3574099 | 2/10/2009 | 78909450 | 6/15/2006 |
| U.S. | Exceptional Innovation LLC | X (Design Plus Words) | 3657351 | 7/21/2009 | 77643238 | 1/5/2009 |
| U.S. | Exceptional Innovation LLC | EXCEPTIONAL INNOVATION (Design Plus Words) | 3657352 | 7/21/2009 | 77643252 | 1/5/2009 |
| U.S. | Exceptional Innovation LLC | EXCEPTIONAL INNOVATION (Design Plus Words) | 3657353 | 7/21/2009 | 77643269 | 1/5/2009 |
| U.S. | Exceptional Innovation LLC | LIFE WARE | 3677932 | 9/1/2009 | 78862982 | 4/17/2006 |

| Jurisdiction | Grantor | Mark | Registration No. | Registration Date | Serial No. | Application Date |
|---|---|---|---|---|---|---|
| U.S. | Exceptional Innovation LLC | LIFE WARE CERTIFIED (Design Plus Words) | 3690180 | 9/29/2009 | 77461044 | 4/29/2008 |
| U.S. | Exceptional Innovation LLC | LIFE WARE UNIVERSITY (Design Plus Words) | 3696419 | 10/13/2009 | 77317990 | 10/31/2007 |
| U.S. | Exceptional Innovation LLC | LIFE STORAGE (Design Plus Words) | 3697189 | 10/13/2009 | 78845333 | 3/24/2006 |
| U.S. | Exceptional Innovation LLC | LIFE VISION (Design Plus Words) | 3697190 | 10/13/2009 | 78845447 | 3/24/2006 |
| U.S. | Exceptional Innovation LLC | LIFE CONTROLLER (Design Plus Words) | 3701082 | 10/27/2009 | 77643130 | 1/5/2009 |

| Jurisdiction | Grantor | Mark | Registration No. | Registration Date | Serial No. | Application Date |
|---|---|---|---|---|---|---|
| U.S. | Exceptional Innovation LLC | X (Design Plus Words) | 3712883 | 11/17/2009 | 77496706 | 6/11/2008 |
| U.S. | Exceptional Innovation LLC | LIFE WARE CONNECTED (Design Plus Words) | 3747288 | 2/9/2010 | 77318015 | 10/31/2007 |